# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: LIVESAY, IRIS R. | § | Case No. 13-31830 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 30, 2013. The undersigned trustee was appointed on April 30, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $     1,900.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 1.53 |
   | Bank service fees | 50.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 1,848.47 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/09/2013 and the deadline for filing governmental claims was 10/27/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $475.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $475.00, for a total compensation of $475.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $118.18, for total expenses of $118.18.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/13/2013          By: /s/Paul H. Spaeth
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-31830  
**Case Name:** LIVESAY, IRIS R.

**Period Ending:** 12/13/13

**Trustee:** (550470)  Paul H. Spaeth  
**Filed (f) or Converted (c):** 04/30/13 (f)  
**§341(a) Meeting Date:** 06/06/13  
**Claims Bar Date:** 09/09/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Real Estate  Orig. Description: Residence at 309 Beechgrove Drive, Englewood, OH 45322; Imported from original petition Doc# 1 | 119,870.00 | 0.00 | | 0.00 | FA |
| 2  Cash on hand.  Orig. Description: Cash; Imported from original petition Doc# 1 | 45.00 | 0.00 | | 0.00 | FA |
| 3  Checking, savings or other financial accounts, c  Orig. Description: Brookville National Bank checking account # xx 9564; Imported from original petition Doc# 1 | 140.89 | 0.00 | | 0.00 | FA |
| 4  Household goods and furnishings, including audio  Orig. Description: Appliances, furniture, televisions, computer, DVD player; Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 5  Books, pictures and other art objects, antiques,  Orig. Description: Books, DVDs, CDs, decorations, figurines; Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 6  Wearing apparel.  Orig. Description: Clothing; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7  Interests in insurance policies.  Name insurance  Orig. Description: MetLife whole life policy # xxx xxx 479 A (beneficiaries are Debtor's three children); Imported from original petition Doc# 1 | 1,211.83 | 0.00 | | 0.00 | FA |
| 8  Interests in insurance policies.  Name insurance  Orig. Description: Mutual of Omaha whole life policy # xxxxx 4692 (beneficiaries are Debtor's three sons); Imported from original petition Doc# 1 | 720.00 | 0.00 | | 0.00 | FA |
| 9  Interests in IRA, ERISA, Keogh, or other pension  Orig. Description: Receives GM pension payment of $1,461.70 per month; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10  Interests in IRA, ERISA, Keogh, or other pension  Orig. Description: Receives SERS pension payment | 0.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-31830  **Trustee:** (550470) Paul H. Spaeth
**Case Name:** LIVESAY, IRIS R.  **Filed (f) or Converted (c):** 04/30/13 (f)
  **§341(a) Meeting Date:** 06/06/13
**Period Ending:** 12/13/13  **Claims Bar Date:** 09/09/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| of $172.36 per month; Imported from original petition Doc# 1 | | | | | |
| 11   Automobiles, trucks, trailers and other vehicles<br>    Orig. Description: 2005 Buick LaCross CXL, 4 door (approximately 95,000 miles); Imported from original petition Doc# 1 | 6,800.00 | 1,900.00 | | 1,900.00 | FA |
| 11   Assets   Totals (Excluding unknown values) | $131,137.72 | $1,900.00 | | $1,900.00 | $0.00 |

**Major Activities Affecting Case Closing:**

    Case is ready for closing process to begin.

**Initial Projected Date Of Final Report (TFR):**   January 30, 2014     **Current Projected Date Of Final Report (TFR):**   December 13, 2013  (Actual)


_____     /s/ Paul H. Spaeth
    December 13, 2013                 _____
         Date                           Paul H. Spaeth

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-31830  
**Case Name:** LIVESAY, IRIS R.  

**Taxpayer ID #:** **-***9061  
**Period Ending:** 12/13/13  

**Trustee:** Paul H. Spaeth (550470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/11/13 | {11} | Iris Livesay | Acct #1331830; Payment #1; Paymt toward non-exempt equity in vehicle | 1129-000 | 316.67 | | 316.67 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 306.67 |
| 08/09/13 | {11} | Iris R. Livesay | Acct #1331830; Payment #2; Paymt toward non-exempt equity in vehicle | 1129-000 | 316.67 | | 623.34 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 613.34 |
| 09/04/13 | {11} | Iris R. Livesay | Acct #1331830; Payment #3; Paymt toward non-exempt equity in vehicle | 1129-000 | 316.67 | | 930.01 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 920.01 |
| 10/07/13 | {11} | Iris Livesay | Acct #1331830; Payment #4; Paymt toward non-exempt equity in vehicle | 1129-000 | 316.67 | | 1,236.68 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,226.68 |
| 11/05/13 | {11} | Iris R Livesay | Acct #1331830; Payment #5; Paymt toward non-exempt equity in vehicle | 1129-000 | 316.67 | | 1,543.35 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,533.35 |
| 12/04/13 | {11} | Iris R. Livesay | Acct #1331830; Payment #6; Paymt toward non-exempt equity in vehicle | 1129-000 | 316.65 | | 1,850.00 |
| 12/05/13 | 101 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/05/2013 FOR CASE #13-31830, Trustee bond payment | 2300-000 | | 1.53 | 1,848.47 |
| | | | **ACCOUNT TOTALS** | | 1,900.00 | 51.53 | **$1,848.47** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,900.00 | 51.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,900.00** | **$51.53** | |

Net Receipts : 1,900.00  
Net Estate : $1,900.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0166 | 1,900.00 | 51.53 | 1,848.47 |
| | $1,900.00 | $51.53 | $1,848.47 |
| Bank Transfers | $0.00 | $0.00 | |

December 13, 2013  
Date  

/s/ Paul H. Spaeth  
Paul H. Spaeth  

{} Asset reference(s)

Printed: 12/13/13 02:25 PM  **EXHIBIT "C"**  Page: 1

**Case: 13-31830   LIVESAY, IRIS R.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| BOND | 12/05/13 | 200 | Insurance Partners Agency, Inc.<br>26865 Center Ridge Road<br>Westlake, OH 44145<br><2300-00   Bond Payments><br>Trustee bond paymt | 1.53 | 1.53 | 1.53 | 0.00 | 0.00 |
| ADMIN1 | 12/13/13 | 200 | Paul H. Spaeth<br>7925 Paragon Rd.<br>Suite 101<br>Dayton, OH 45459<br><2100-00   Trustee Compensation> | 475.00 | 475.00 | 0.00 | 475.00 | 475.00 |
| ADMIN2 | 12/13/13 | 200 | Paul H. Spaeth<br>7925 Paragon Rd.<br>Suite 101<br>Dayton, OH 45459<br><2200-00   Trustee Expenses> | 118.18 | 118.18 | 0.00 | 118.18 | 118.18 |
| | | | **Total for Priority 200:   100% Paid** | **$594.71** | **$594.71** | **$1.53** | **$593.18** | **$593.18** |
| | | | **Total for Admin Ch. 7 Claims:** | **$594.71** | **$594.71** | **$1.53** | **$593.18** | **$593.18** |
| **Priority Claims:** | | | | | | | | |
| 3P | 06/21/13 | 570 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><5800-00   Claims of Governmental Units> | 1,308.77 | 1,308.77 | 0.00 | 1,308.77 | 1,255.29 |
| | | | **Priority 570:   95.91372% Paid** | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 06/13/13 | 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 7,771.83 | 7,771.83 | 0.00 | 7,771.83 | 0.00 |
| 2 | 06/18/13 | 610 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941<br><7100-00   General Unsecured § 726(a)(2)> | 16,798.33 | 16,798.33 | 0.00 | 16,798.33 | 0.00 |
| 3U | 06/21/13 | 610 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><7100-00   General Unsecured § 726(a)(2)> | 73.77 | 73.77 | 0.00 | 73.77 | 0.00 |

Printed: 12/13/13 02:25 PM  **EXHIBIT "C"**  Page: 2

**Case: 13-31830   LIVESAY, IRIS R.**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 06/25/13 | 610 | Palisades Collections, LLC<br>Vativ Recovery Solutions LLC, dba SMC,<br>Houston, TX 77240-0728<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 2,109.95 | 2,109.95 | 0.00 | 2,109.95 | 0.00 |
| 5 | 06/25/13 | 610 | Palisades Collections, LLC<br>Vativ Recovery Solutions LLC, dba SMC,<br>Houston, TX 77240-0728<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 6,185.75 | 6,185.75 | 0.00 | 6,185.75 | 0.00 |
| 6 | 08/15/13 | 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 6,784.69 | 6,784.69 | 0.00 | 6,784.69 | 0.00 |
| 7 | 08/22/13 | 610 | eCAST Settlement Corp.<br>Assignee of Capital One, N.A.,c/o Bass<br>& Associates, P.C.,3936 E. Ft. Lowell Ro<br>Tucson, AZ 85712<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 2,200.06 | 2,200.06 | 0.00 | 2,200.06 | 0.00 |
| 8 | 08/30/13 | 610 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 13,951.75 | 13,951.75 | 0.00 | 13,951.75 | 0.00 |
| 9 | 08/30/13 | 610 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 8,613.98 | 8,613.98 | 0.00 | 8,613.98 | 0.00 |
| 10 | 09/03/13 | 610 | LVNV Funding, LLC its successors and assigns as<br>assignee of RBS Citizens, N.A.<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 2,441.46 | 2,441.46 | 0.00 | 2,441.46 | 0.00 |
| | | | **Total for Priority 610:   0% Paid** | **$66,931.57** | **$66,931.57** | **$0.00** | **$66,931.57** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$66,931.57** | **$66,931.57** | **$0.00** | **$66,931.57** | **$0.00** |
| | | | **Total for Case :** | **$68,835.05** | **$68,835.05** | **$1.53** | **$68,833.52** | **$1,848.47** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-31830
Case Name: LIVESAY, IRIS R.
Trustee Name: Paul H. Spaeth

**Balance on hand:** $ 1,848.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 1,848.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Paul H. Spaeth | 475.00 | 0.00 | 475.00 |
| Trustee, Expenses - Paul H. Spaeth | 118.18 | 0.00 | 118.18 |

Total to be paid for chapter 7 administration expenses:  $ 593.18
Remaining balance:  $ 1,255.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 1,255.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,308.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | 1,308.77 | 0.00 | 1,255.29 |

Total to be paid for priority claims:  $ 1,255.29
Remaining balance:  $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 69,931.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 7,771.83 | 0.00 | 0.00 |
| 2 | American InfoSource LP as agent for | 16,798.33 | 0.00 | 0.00 |
| 3U | Internal Revenue Service | 73.77 | 0.00 | 0.00 |
| 4 | Palisades Collections, LLC | 2,109.95 | 0.00 | 0.00 |
| 5 | Palisades Collections, LLC | 6,185.75 | 0.00 | 0.00 |
| 6 | American Express Centurion Bank | 6,784.69 | 0.00 | 0.00 |
| 7 | eCAST Settlement Corp. | 2,200.06 | 0.00 | 0.00 |
| 8 | Portfolio Recovery Associates, LLC | 13,951.75 | 0.00 | 0.00 |
| 9 | Portfolio Recovery Associates, LLC | 8,613.98 | 0.00 | 0.00 |
| 10 | LVNV Funding, LLC its successors and assigns as | 2,441.46 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**